Form 3A
(10/05)

# United States Bankruptcy Court

District Of _____Illinois_____

In re __Antony P. Woodson__,
         Debtor

Case No. __08-12841__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $_____ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__    Check one  ☐ With the filing of the petition, or
                             ☐ On or before __6-29-08__

   $ __68.50__    on or before __7-29-08__

   $ __68.50__    on or before __8-29-08__

   $ __68.50__    on or before __9-30-08__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____     Antony P Woodson         5-20-08
Signature of Attorney         Date        Signature of Debtor      Date
                                          (In a joint case, both spouses must sign.)

Name of Attorney
                                          _____   _____
                                          Signature of Joint Debtor (if any)   Date

---

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAY 20 2008
KENNETH S. GARDNER, CLERK
PS REP. - RB

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## District Of _____ Illinois _____

In re  Anthony P. Woodson ,  
_____ Debtor

Case No. 08-12841

Chapter 13

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one  ☐ With the filing of the petition, or
                                ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: MAY 20 2008

**KENNETH S. GARDNER**  
Clerk, U.S. Bankruptcy Court

_____  
Kenneth S. Gardner, Clerk of the Court